**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THERESE M. GREIM, NICOLE GREIM, A MINOR, BY THERESE M. GREIM, GUARDIAN, AND EVAN GREIM, | : | No. 70 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MARY V.Z. WACHTERHAUSER AND JESSICA SIROLLY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 23rd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.